# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2588

_____

Ben S. Garner,                                    *
                                                  *
              Appellant,                          *
                                                  *    Appeal from the United States
       v.                                         *    District Court for the Eastern
                                                  *    District of Arkansas.
Lynda Andrews, Bookkeeper, East                   *
Arkansas Regional Unit, Arkansas                  *         [UNPUBLISHED]
Department of Correction,                          *
                                                  *
              Appellee.                            *

_____

Submitted:  November 10, 1999

Filed:  November 15, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Ben S. Garner, an Arkansas inmate, appeals the district court's adverse ruling dismissing Garner's complaint for failure to exhaust administrative remedies mandated by 42 U.S.C. 1997e(a) of the Prison Litigation Reform Act of 1995. Having reviewed the record and Garner's brief, we affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.